In the Matter of the Claim of MARY GANNIS and Others, Appellants, against FLORIN REALTY CORPORATION and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted unless the appeal is perfected and case is ready for argument at the May, 1930, compensation term. Present - - Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of GEORGE TOLAND, Appellant, against FORSTER-WHEELER CORPORATION and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of LUIGI BATISTA, Appellant, against JOHN J. McMAHON, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, without costs, on the ground that the claimant, appellant, is temporarily absent from the country on account of his health, and is unable to prosecute his appeal, with leave to the employer and insurance carrier to make a new motion after June 1, 1930. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ROSINO BUONO and Others, Appellants, against EASTOVER CONSTRUCTION COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted by default. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JOSEPH AARONSON, Appellant, against JACOB BOXER and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion granted unless appellant perfects appeal by August 1, 1930, and is ready for argument at the September compensation term. Claimant has opportunity to economize, if properly advised, as to the necessary printing. (See *Matter of Coyle* v. *Howell, Fields & Goddard, Inc.*, 228 App. Div. 388.) Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of KATE CARDILLO, Respondent, against NEW YORK RAILWAYS CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Leave to file notice of appeal with the clerk granted, at which time another copy of the notice of appeal shall be mailed to the claimant. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of FRANCES SCHUTTE, Respondent, against JACOB Fox and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of LYDIA WALKER, Respondent, against THE HORN AND HARDART COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MARY GILLOUGHLY, Respondent, against STANDARD ARCH COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.